## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**JOSE LERMA,**

      Petitioner,

v.                                                                    Civil Action No. **3:17CV588**

**ERIC WILSON,**

      Respondent.

### FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED

that:

    1.    The Report and Recommendation (ECF No. 16) is ACCEPTED and ADOPTED;

    2.    The Motion for Summary Judgment (ECF No. 7) is GRANTED, and the Motion to Dismiss (ECF No. 6) is DENIED as MOOT;

    3.    Lerma's § 2241 Petition (ECF No. 1) is DENIED; and,

    4.    Lerma's claims and the action are DISMISSED.

Should Lerma desire to appeal, a written notice of appeal must be filed with the Clerk of

the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal

within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Lerma and

counsel of record.

It is so ORDERED.

 

                                                    _____

                                            M. Hannah Lauck
                                            United States District Judge

Date: 6/26/18
Richmond, Virginia